Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

for the

Sou thern District of Georgia

Augusta Division

MAR 20 2026

FILED

Case No. CV126 - 054

*(to be filled in by the Clerk's Office)*

Tavoris Johnson
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

1. Richmond County Sheriff Office
2. Sheriff Eugene Brantley
3. Charles B. Webster Detention center Administration
4. Unknown Correction officers (John does 1-10)
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                    *Tavoris Johnson*

All other names by which
you have been known:          *None*

ID Number                           *Unknown*

Current Institution             *Not Incarcerated*

Address                               *441 Glouchester Dr*

*Locust Grove      Ga      30248*
          *City*          *State*         *Zip Code*

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                    *Sheriff Eugene Brantley*

Job or Title *(if known)*        *Sheriff of Richmond County*

Shield Number                    *Unknown*

Employer                             *Richmond County Sheriff's Office*

Address                               *400 Walton Way*

*Augusta      Ga      30901*
          *City*          *State*         *Zip Code*

[X] Individual capacity    [ ] Official capacity

Defendant No. 2

Name                                    *Charles B. Webster Detention Center*

Job or Title *(if known)*        *Jail Administration        Administrator*

Shield Number                    *N/a*

Employer                             *Richmond County Sheriff's Office*

Address                               *1941 Phinizy Road*

*Augusta      Ga      30906*
          *City*          *State*         *Zip Code*

[ ] Individual capacity    [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name Unknown Correctional officers

Job or Title *(if known)* Correctional officers

Shield Number N/a

Employer Richmond County Sheriffs office

Address

| City | State | Zip Code |
|------|-------|----------|

☑ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Violation of my rights under the Eighth and fourteenth Amendments to the United States Constitution, including failure to protect from violence, unsafe conditions of confinement and deliberate indifference to my safety

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Charles B. Webster Detention Center, Richmond County, August, GA The events occurred between approximately Dec 1, 2023 - March 21, 2024

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Dec 10, 2023    Jan 8, 2024    Feb 1, 2024

Between Approximately Dec 1, 2023 and march 21, 2024, while I was Confined at the Charles B. Webster Detention Center

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* While I was incarcerated at Charles B. Webste Detention center, the facility had unsafe and dangerous conditions. Cell doors were broken and would not lock, allowing inmates to freely move between cells and housing without control. I witnessed Stabbings, fights gang beatings, and extortion. I was robbed and moved to P.C due to fear. Staff failed to protect inmates from Known danger.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffer anxiety, fear, and trouble Sleeping. My mental health has been affected, making it difficult to work and funtion normally.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I seek compensatory and punitive damages for harm caused. Amont to be determined by the court.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Charles B Webste Detention center

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Unsafe conditions and failure to protect from violence

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.      If you did file a grievance:

1.      Where did you file the grievance?

_____

2.      What did you claim in your grievance?

_____

3.      What was the result, if any?

_____

4.      What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*Fear of retaliation from officers and stabbings,*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*I did not feel safe reporting due to risk of harm*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*Violence and unsafe conditions made the process unsafe*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)   _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition   _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _March 20, 2026_

Signature of Plaintiff    _Tavoris Johnson_

Printed Name of Plaintiff    _Tavoris Johnson_

Prison Identification #    _____

Prison Address    _441 Glouchester Dr_

_Locust Grove_     _Ga_     _30248_
City         State       Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____    _____    _____
City         State       Zip Code

Telephone Number    _____

E-mail Address    _____

(No subject)

From:  tavoris johnson (j.tavoris@yahoo.com)

To:    j.tavoris@yahoo.com

Date:  Friday, March 20, 2026 at 02:45 PM EDT

Plaintiff:

Tavoris Johnson

441 Glouchester Dr

Locust Grove, GA

Phone: 762-343-8958

Email: j.tavoris@yahoo.com

# STATEMENT OF CLAIM

I, Tavoris Johnson, was incarcerated at the Charles B. Webster Detention Center in Richmond County, Georgia, from approximately December 1, 2023, through March 21, 2024.

During my incarceration, I was subjected to unconstitutional conditions that placed my life in constant danger, in violation of my rights under the Eighth and Fourteenth Amendments to the United States Constitution.

The facility failed to provide basic safety and security. Cell doors were broken and unable to properly lock, resulting in inmates freely moving between cells and units without control. This created a dangerous and violent environment where assaults, robberies, and gang-related violence occurred regularly.

I personally witnessed multiple violent incidents, including stabbings, gang beatings, and extortion of inmates. These acts occurred due to the lack of proper supervision and failure of staff to maintain order and safety.

I was also personally victimized. I was robbed by other inmates and, as a result of the unsafe conditions and fear for my life, I was moved to protective custody (PC). This demonstrates that the threat to my safety was real and known.

The environment in the facility was so dangerous that I feared retaliation if I filed grievances. Because of this fear, I did not submit formal complaints while incarcerated.

The jail officials knew or should have known about the dangerous conditions, including broken security systems and ongoing violence, yet failed to take reasonable steps to protect inmates.

As a direct result of these conditions, I now suffer from ongoing psychological harm, including anxiety, fear for my safety, and inability to sleep. These issues have negatively impacted my daily life and ability to maintain employment.

These actions and failures constitute deliberate indifference to my safety and well-being.

#  2. CONDITIONS OF CONFINEMENT REPORT

## UNSAFE CONDITIONS

- Broken cell doors that did not lock
- Lack of control over inmate movement

- Frequent violent incidents (stabbings, beatings, robberies)
- Gang activity and extortion

# FAILURE TO PROTECT

- Staff failed to prevent known dangers
- No adequate security measures in place
- No protection from violent inmates

# FEAR OF RETALIATION

- Unsafe to report issues
- Reasonable fear of harm if grievances were filed

# 3. INCIDENT SUMMARY (TIMELINE STYLE)

During my incarceration (Dec 1, 2023 – March 21, 2024):

- Witnessed multiple stabbings within the facility

- Observed gang beatings and organized violence
- Saw inmates being extorted and threatened
- Experienced broken cell doors allowing unrestricted movement
- Was personally robbed by other inmates
- Was transferred to protective custody due to safety concerns

#  4. INJURY & IMPACT STATEMENT

As a result of the conditions I experienced:

- I suffer from anxiety and constant fear
- I have difficulty sleeping
- I feel unsafe even after release
- My mental health has declined significantly
- I struggle to maintain employment due to stress and psychological impact

These damages are ongoing and continue to affect my quality of life.

#  5. RELIEF REQUESTED

I am seeking:

- Compensatory damages for mental and emotional harm
- Punitive damages for the reckless disregard of inmate safety
- Any additional relief the court deems just and proper

Amount: To be determined by the court

# 6. DEFENDANTS (PUT THIS ON YOUR FORM)

Use this:

- Richmond County Sheriff's Office
- Charles B. Webster Detention Center Staff (Unknown Officers)

Sent from Yahoo Mail for iPhone