IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

TAVORIS JOHNSON,                      )
                                      )
            Plaintiff,                )
                                      )
      v.                              )            CV 126-054
                                      )
RICHMOND COUNTY SHERIFF OFFICE et     )
al.,                                  )
                                      )
            Defendants.               )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's Complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 22nd day of July, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA